AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
MATTHEW J. ESPOSITO (State Bar No. 223445)
mje@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants CHEX
SYSTEMS, INC. and BANK OF
AMERICA, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BRIAN HOROWITZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHEX SYSTEMS, INC., a foreign corporation, and BANK OF AMERICA, N.A., a foreign corporation,<br><br>        Defendants. | Case No. 8:22-cv-02002-DFM<br><br>*Assigned for all purposes to Hon. Douglas F. McCormick*<br><br>**DECLARATION OF AUSTIN B. KENNEY IN SUPPORT OF BANK OF AMERICA, N.A'S MOTION FOR SUMMARY JUDGMENT**<br><br>*Filed concurrently with Notice of Motion; Memorandum of Points and Authorities; Statement of Uncontroverted Facts; Declaration of Thomas Jordan; Declaration of Sarah Cables; Proposed Order*<br><br>Date:    March 19, 2024<br>Time:    10:00 a.m.<br>Crtrm.:  6B, 6th Floor<br><br>Trial Date:    May 7. 2024 |

70014.0757/16722523.1

DECLARATION OF AUSTIN B. KENNEY IN SUPPORT OF BANA'S MOTION FOR SUMMARY JUDGMENT

I, Austin B. Kenney, declare and state as follows:

1. I am a duly licensed attorney admitted to practice law in all of the courts in California. I am a Member with Severson & Werson, A Professional Corporation, attorneys for Defendants CHEX SYSTEMS, INC. ("Chex") and BANK OF AMERICA, N.A. ("BANA") (collectively, "Defendants") in this case. I have reviewed the case file with respect to this lawsuit. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify thereto.

2. On April 19, 2023, my office propounded Special Interrogatories ("SROGSs") (set one) on Plaintiff BRIAN HOROWITZ ("Plaintiff.") A true and correct copy of BANA's SROGs (set one) are attached hereto as **Exhibit 1**.

3. On July 25, 2023, Plaintiff served supplemental responses to the SROGs (set one.) A true and correct copy of Plaintiff's supplemental responses to the SROGs are attached hereto as **Exhibit 2**.

4. On June 13, 2023, Plaintiff's counsel took the deposition of BANA employee Carly Adams. A true and correct copy of selected pages from the reporter's transcript of the deposition of Carly Adams containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 3**.

5. On June 14, 2023, Plaintiff's counsel took the deposition of BANA employee Michael Pankowski. A true and correct copy of selected pages from the reporter's transcript of the deposition of Michael Pankowski containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 4.**

6. On August 24, 2023, Plaintiff's counsel took the deposition of Chex employee Sarah Cables. A true and correct copy of selected pages from the reporter's transcript of the deposition of Sarah Cables containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 5**.

7. On August 31, 2023, Plaintiff's counsel took the deposition of BANA employee Christopher Thompson. A true and correct copy of selected pages from

the reporter's transcript of the deposition of Christopher Thompson containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 6**.

8.      On September 7, 2023, Plaintiff's counsel took the deposition of BANA employee Diane DeLoney. A true and correct copy of selected pages from the reporter's transcript of the deposition of Diane DeLoney containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 7**.

9.      On September 26, 2023, Plaintiff's counsel took the deposition of BANA employee Leslie Herrington. A true and correct copy of selected pages from the reporter's transcript of the deposition of Leslie Herrington containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 8**.

10.      On November 7, 2023, Defendants' counsel took the deposition of Plaintiff. A true and correct copy of selected pages from the reporter's transcript of the deposition of Plaintiff containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 9**.

11.      On November 15, 2023, Plaintiff's counsel took the deposition of BANA employee Audrey Battle. A true and correct copy of selected pages from the reporter's transcript of the deposition of Audrey Battle containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 10**.

12.      On December 6, 2023, Plaintiff's counsel took the deposition of person most knowledgeable for U.S. Bancorp, Julie Biszantz. A true and correct copy of selected pages from the reporter's transcript of the deposition of Julie Biszantz containing testimony referenced in the accompanying motion papers, are attached hereto as **Exhibit 11**.

13.      On April 13, 2023, Plaintiff filed the First Amended Complaint in this action. A true and correct copy of the First Amended Complaint is attached hereto as **Exhibit 12**.

I declare under penalty of perjury under the laws of the State of California

70014.0757/16722523.1                                    3

DECLARATION OF AUSTIN B. KENNEY IN SUPPORT OF BANA'S MOTION FOR SUMMARY JUDGMENT

that the foregoing is true and correct.

This Declaration was executed on February 20, 2024, in Irvine, California.

_____
Austin B. Kenney

DECLARATION OF AUSTIN B. KENNEY IN SUPPORT OF BANA'S MOTION FOR SUMMARY JUDGMENT