AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
MATTHEW J. ESPOSITO (State Bar No. 223445)
mje@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants CHEX SYSTEMS, INC. and BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BRIAN HOROWITZ,<br><br>Plaintiff,<br><br>vs.<br><br>CHEX SYSTEMS, INC., a foreign corporation, and BANK OF AMERICA, N.A., a foreign corporation,<br><br>Defendant. | Case No. 8:22-cv-02002-DFM<br><br>*Assigned for all purposes to Hon. Douglas F. McCormick*<br><br>**CHEX SYSTEMS, INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   March 19, 2024<br>Time:   10:00 a.m.<br>Crtrm.:  6B, 6th Floor<br><br>Trial Date:   May 7. 2024 |

70014.0757/16723067.1

CHEX SYSTEMS, INC.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**TO PLAINTIFFS, ALL PARTIES, AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that the "Notice of Electronic Filing" for Document Number 47, filed and electronically served on February 20, 2024, stated the time of Defendant CHEX SYSTEMS, INC.'s ("ChexSystems") March 19, 2024 Motion for Summary Judgment as "9:00 AM". The correct time of the March 19, 2024 hearing is **10:00 a.m.** in Courtroom 6B of the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., 6th Floor, Santa Ana, CA 92701.

ChexSystems moves for summary judgment on the ground that there is no genuine issue as to any material fact and that BANA is entitled to judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56.

The undisputed material facts establish that ChexSystems is entitled to summary judgment on plaintiff BRIAN HOROWITZ's claims under the Fair Credit Reporting Act because: the information ChexSystems reported was accurate; ChexSystems followed reasonable procedures in issuing its reports regarding Plaintiff; ChexSystems's investigations of Plaintiff's disputes were reasonable; Plaintiff's claimed damages for business losses are not recoverable under the FCRA; and Plaintiff cannot recover statutory or punitive damages on these facts, either.

In the event the Court does not grant summary judgment, ChexSystems requests in the alternative that the Court grant partial summary judgment as to each of the causes of action identified in the First Amended Complaint for the reasons set forth below.

This motion is based upon this notice of motion and motion, the memorandum of points and authorities, the declarations of Austin B. Kenney, Thomas Jordan and Sarah Cables, the attendant statement of uncontroverted facts, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on January 18, 2024.

DATED: February 21, 2024

SEVERSON & WERSON
A Professional Corporation

By: _____*/s/ Austin B. Kenney*_____
AUSTIN B. KENNEY

Attorneys for Defendants
CHEX SYSTEMS, INC. and BANK OF
AMERICA, N.A.