AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
MATTHEW J. ESPOSITO (State Bar No. 223445)
mje@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants CHEX
SYSTEMS, INC. and BANK OF
AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BRIAN HOROWITZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>CHEX SYSTEMS, INC., a foreign corporation, and BANK OF AMERICA, N.A., a foreign corporation,<br><br>              Defendants. | Case No. 8:22-cv-02002-DFM<br><br>*Assigned for all purposes to Hon. Douglas F. McCormick*<br><br>**BANK OF AMERICA, N.A.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    March 19, 2024<br>Time:    10:00 a.m.<br>Crtrm.:  6B, 6th Floor<br><br>Trial Date:     May 7. 2024 |

70014.0757/16723133.1

**TO PLAINTIFFS, ALL PARTIES, AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that the "Notice of Electronic Filing" for Document Number 50, filed and electronically served on February 20, 2024, stated the time of Defendant BANK OF AMERICA, N.A.'s ("BANA") March 19, 2024 Motion for Summary Judgment as "9:00 AM". The correct time of the March 19, 2024 hearing is **10:00 a.m.** in Courtroom 6B of the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth St., 6th Floor, Santa Ana, CA 92701.

BANA moves for summary judgment on the ground that there is no genuine issue as to any material fact and that BANA is entitled to judgment as a matter of law pursuant to Federal Rule of Civil Procedure 56.

*First*, the undisputed material facts establish that BANA is entitled to summary judgment on plaintiff BRIAN HOROWITZ's claims under the Fair Credit Reporting Act because: the information BANA furnished to defendant CHEX SYSTEMS, INC. was accurate; BANA's investigations of Plaintiff's disputes were reasonable, Plaintiff's claimed damages for business losses are not recoverable under the FCRA; and Plaintiff cannot recover statutory or punitive damages on these facts, either.

*Second*, the undisputed material facts establish that BANA is entitled to summary judgment on Plaintiff's promissory estoppel claim because: BANA did not promise future performance; Plaintiff did not and could not have relied to his detriment on any alleged promise; and emotional distress and business loss damages are not recoverable.

*Third*, the undisputed material facts establish that BANA is entitled to summary judgment on Plaintiff's fraud claim because: Plaintiff cannot show scienter or intent to defraud; Plaintiff did not justifiably rely on any alleged representation of material fact; and Plaintiff's alleged reliance did not and could not have caused his alleged business losses.

BANK OF AMERICA, N.A.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

In the event the Court does not grant summary judgment, BANA requests in the alternative that the Court grant partial summary judgment as to each of the causes of action identified in the First Amended Complaint for the reasons set forth below.

This motion is based upon this notice of motion and motion, the memorandum of points and authorities, the declarations of Austin B. Kenney, Thomas Jordan and Sarah Cables, the attendant statement of uncontroverted facts, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on January 18, 2024.

DATED: February 21, 2024            SEVERSON & WERSON
                                    A Professional Corporation


                                    By:  _____/s/ Austin B. Kenney_____
                                              AUSTIN B. KENNEY

                                    Attorneys for Defendants
                                    CHEX SYSTEMS, INC. and BANK OF
                                    AMERICA, N.A.

70014.0757/16723133.1                        3
BANK OF AMERICA, N.A.'S AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT