Stanley R. Apps (State Bar No. 309425)
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
E-mail: stan@appsatlaw.com

Of Counsel to
CREDIT REPAIR LAWYERS OF AMERICA
39111 Six Mile Road, Suite 142,
Livonia, MI 48152
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN HOROWITZ,<br><br>Plaintiff,<br><br>vs.<br><br>CHEX SYSTEMS, INC., et al.,<br><br>Defendants. | Case No.:  8:22-cv-02002-DFM<br><br>Date: March 19, 2024<br>Time: 10:00 am<br>Hon. Douglas F. McCormick<br>Courtroom 6B<br>Court: Ronald Reagan Courthouse<br>   411 W. Fourth St.<br>   Santa Ana, CA 92701 |

**DECLARATION OF STANLEY R. APPS IN SUPPORT OF PLAINTIFF BRIAN HOROWITZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Stanley R. Apps, hereby declare under the penalties for perjury under the laws of the United States of America that the following is true and correct:

1.     I am a duly-admitted attorney authorized to practice law in this Court. I represent Plaintiff in the above-captioned action and I have reviewed the case file in regard to this lawsuit. Based on my review of the case file and case documents, I have familiarized myself with the case and have knowledge of the following facts, as set forth hereinbelow.

1

2.    A true and correct copy of excerpts of the transcript of the deposition of Plaintiff is attached to Plaintiff's motion for partial summary judgment as Exhibit 1.

3.    A true and correct copy of the transcript of the deposition of U.S. Bancorp is attached to Plaintiff's motion for partial summary judgment as Exhibit 2.

4.    A true and correct copy of the Statements of Account of for COD USA, Inc., which Plaintiff received from Union Bank, is attached to Plaintiff's motion for partial summary judgment as Exhibit 3.

5.    A true and correct copy of a cover letter from Union Bank to Creative Outdoor Distributor dated January 16, 2018 and enclosures, all of which Plaintiff received from Union Bank, is attached to Plaintiff's motion for partial summary judgment as Exhibit 4.

6.    A true and correct copy of the transcript of a deposit slip that Plaintiff received from Bank of America and which is dated January 16, 2018 is attached to Plaintiff's motion for partial summary judgment as Exhibit 5.

7.    A true and correct copy of excerpts of the transcript of the deposition of Christopher Thompson is attached to Plaintiff's motion for partial summary judgment as Exhibit 6.

8.    A true and correct copy of a cashier's check issued by Union Bank to Brian Horowitz and dated January 16, 2018 is attached to Plaintiff's motion for partial summary judgment as Exhibit 7.

9.    A true and correct copy of excerpts of the transcript of the deposition of Bernard Michael L. Pankowski, III is attached to Plaintiff's motion for partial summary judgment as Exhibit 8.

10.    A true and correct copy of a monthly statement from Bank of America, which Plaintiff received from Bank of America, is attached to Plaintiff's motion for partial summary judgment as Exhibit 9.

2

11. A true and correct copy of a series of emails between Plaintiff and Kyle Connors, who is an employee of Union Bank is attached to Plaintiff's motion for partial summary judgment as Exhibit 10.

12. A true and correct copy of an email from Christopher Thompson, who is an employee of Bank of America, to Plaintiff is attached to Plaintiff's motion for partial summary judgment as Exhibit 11.

13. A true and correct copy of a series of emails, with redactions, between employees of Union Bank and employees of Bank of America, which Plaintiff received as part of Bank of America's document production in this case, is attached to Plaintiff's motion for partial summary judgment as Exhibit 12.

14. A true and correct copy of Chex Systems, Inc.'s responses to Plaintiff's interrogatories is attached to Plaintiff's motion for partial summary judgment as Exhibit 13.

15. A true and correct copy of Plaintiff's credit report, prepared by Chex Systems, Inc. and dated August 5, 2021, is attached to Plaintiff's motion for partial summary judgment as Exhibit 14.

16. A true and correct copy of a letter dated July 28, 2021 from Orange County's Credit Union to Creative Arcades, LLC, which Plaintiff received from Orange County's Credit Union, is attached to Plaintiff's motion for partial summary judgment as Exhibit 15.

17. A true and correct copy, with redactions, of a Request for Reinvestigation issued by Chex Systems, Inc. and the response to the Request for Reinvestigation is attached to Plaintiff's motion for partial summary judgment as Exhibit 16.

18. A true and correct copy of excerpts of the transcript of the deposition of Sarah Cables is attached to Plaintiff's motion for partial summary judgment as Exhibit 17.

19.     A true and correct copy of excerpts of the transcript of the deposition of Carly Adams is attached to Plaintiff's motion for partial summary judgment as Exhibit 18.

20.     A true and correct copy of excerpts of the transcript of the deposition of Kevin Williams is attached to Plaintiff's motion for partial summary judgment as Exhibit 19.

21.     A true and correct copy of a letter dated November 3, 2021, from Hal G. Block, one of Plaintiff's attorneys, to Bank of America is attached to Plaintiff's motion for partial summary judgment as Exhibit 20.

22.     A true and correct copy of a series of emails between employees of Bank of America, which Plaintiff received as part of Bank of America's document production in this case, is attached to Plaintiff's motion for partial summary judgment as Exhibit 21.

23.     A true and correct copy of excerpts of the transcript of the deposition of Audrey Battle is attached to Plaintiff's motion for partial summary judgment as Exhibit 22.

24.     A true and correct copy of excerpts of the transcript of the deposition of Leslie Herrington are attached to Plaintiff's motion for partial summary judgment as Exhibits 23 and 23a.

25.     A true and correct copy of a series of emails between employees of Creative Arcades and Nu Vision Credit Union, for which Plaintiff was copied on each email, is attached to Plaintiff's motion for partial summary judgment as Exhibit 24.

26.     A true and correct copy, with redactions, of a Request for Reinvestigation issued by Chex Systems, Inc. is attached to Plaintiff's motion for partial summary judgment as Exhibit 25.

27.     A true and correct copy of a series of emails between Plaintiff's counsel and Defendants' counsel is attached to Plaintiff's motion for partial summary judgment as Exhibit 26.

28.     A true and correct copy of a series of emails between Plaintiff's counsel and Defendants' counsel is attached to Plaintiff's motion for partial summary judgment as Exhibit 27.

29.     A true and correct copy of Plaintiff's account application to Orange County's Credit Union, with redactions, is attached to Plaintiff's motion for partial summary judgment as Exhibit 28.

30.     A true and correct copy of the expert report prepared by John Bautista, Plaintiff's expert witness, is attached to Plaintiff's motion for partial summary judgment as Exhibit 29.

31.     A true and correct copy of a letter from Bank of America to Plaintiff, dated January 5, 2022, is attached to Plaintiff's motion for partial summary judgment as Exhibit 30.

Dated: February 21, 2024

By: */s/ Stanley R. Apps*
Stanley R. Apps
Attorney for Plaintiff Brian Horowitz

**Certificate of Service**

I, Stanley R. Apps, hereby certifies that on February 21, 2024, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Stanley R. Apps

5