James T. Ryan (State Bar No. 210515)
jr@arllp.com
Nicholas A. Kurtz (State Bar No. 232705)
nk@arllp.com
ANNIGIAN RYAN LLP
333 N. Indian Hill Boulevard
Claremont, California 91711
Tel:   (909) 981-0475
Fax:   (909) 981-0113

Attorneys for Plaintiff,
Brian Horowitz

*Counsel For Defendants Listed In Signature Block*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOROWITZ,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHEX SYSTEMS, INC., et al.,<br><br>          Defendants. | Case 8:22-cv-02002-DFM<br><br>Honorable Douglas F. McCormick<br><br>**ORDER GRANTING SECOND STIPULATION TO MODIFY CASE SCHEDULE** |

**[PROPOSED] ORDER**

Having considered the stipulation by Plaintiff Brian Horowitz and Defendants Chex Systems, Inc. and Bank of America, N.A. to continue the trial and corresponding dates and deadlines by approximately ninety (90) days and finding good cause exists for the continuance, the Court hereby GRANTS the parties' request and sets the following dates and deadlines:

| Event | Current Date | New Date |
|---|---|---|
| Complete Settlement Conference; Expert Discovery Cut-off | 3/25/24; 2/23/24 | 5/17/24 |
| File Motions in Limine | 3/25/24 | 7/2/24 |
| Oppositions to Motions in Limine | 4/2/24 | 7/9/24 |
| Trial Filings (First Round) | 4/15/24 | 7/23/24 |
| Trial Filings (Second Round) | 4/22/24 | 7/29/24 |
| Final Pretrial Conference and Hearing on Motions in Limine | 4/23/24 at 10:00 a.m. | 7/30/24 at 10:00 a.m. |
| Trial Date (jury) Estimated length: 6 days | 5/7/24 at 9:00 a.m. | 8/13/24 at 9:00 a.m. |

Dated:  March 11, 2024

Hon. Douglas F. McCormick
United States District Judge

-1-
ORDER GRANTING SECOND STIPULATION TO MODIFY CASE SCHEDULE