James T. Ryan (State Bar No. 210515)
jr@arllp.com
Nicholas A. Kurtz (State Bar No. 232705)
nk@arllp.com
ANNIGIAN RYAN LLP
333 N. Indian Hill Boulevard
Claremont, California 91711
Tel:   (909) 981-0475
Fax:   (909) 981-0113

Attorneys for Plaintiff,
Brian Horowitz

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HOROWITZ,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CHEX SYSTEMS, INC., et al.,<br><br>                    Defendants. | Case 8:22-cv-02002-DFM<br><br>Honorable Douglas F. McCormick<br><br>**ORDER OF DISMISSAL PER FRCP 41(A)(1)(A)(2)** |

**ORDER**

Pursuant to the stipulation of Plaintiffs Brian Horowitz and Defendants Chex Systems, Inc. and Bank of America, N.A., through their respective attorneys of record, the Court orders as follows:

This action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2) with each party bearing their own costs and attorneys' fees.

Dated: July 2, 2024

Hon. Douglas F. McCormick
United States District Judge